UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID JAMES KRAL,

       Petitioner,

v.                                     CASE NO. 05-CV-72987-DT
                                     HONORABLE ARTHUR J. TARNOW


WARDEN MARBERRY,

       Respondent.
_____/

## JUDGMENT

       The above-entitled matter having come before the Court on a Petition for Writ of Habeas

Corpus, Honorable Arthur J. Tarnow, United States District Judge, presiding, and in accordance

with the Opinion and Order entered on this date;

       **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DISMISSED.**

       **IT IS SO ORDERED.**


                                    **s/Arthur J. Tarnow**_____
                                    **Arthur J. Tarnow**
                                    **United States District Judge**

**Dated: September 1, 2005**


I hereby certify that a copy of the foregoing document was served upon counsel of record on
September 1, 2005, by electronic and/or ordinary mail.

                              s/Catherine A. Pickles_____
                              Judicial Secretary